IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )  | CASE NO.: 3:15CR358 |
| ) | |
| Plaintiff, ) | JUDGE JACK ZOUHARY |
| ) | |
| v. ) | |
| ) | |
| IBRAHIM ZUBAIR MOHAMMAD, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

Now comes the United States of America, by and through counsel, Steven M. Dettelbach, United States Attorney, and Assistant U.S. Attorneys Matthew W. Shepherd, Christos Georgalis, and David Smith, and Trial Attorney Gregory Gonzalez, and hereby provides notice to defendant Ibrahim Zubair Mohammad and to the Court, that pursuant to Title 50, United States Code, Sections 1825(d) and 1881e(a), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from physical searches and acquisitions acquired pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1821-1829 and 1881a.

        Respectfully submitted,

        STEVEN M. DETTELBACH
        UNITED STATES ATTORNEY


By:    /s/ Matthew W. Shepherd
        Matthew W. Shepherd
        Reg. No. 0074056
        Assistant United States Attorneys
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio   44113
        Tel. No.: (216) 622-3859
        Fax No.: (216) 685-2378
        Matthew.Shepherd@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2015, a copy of the foregoing *NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION* was filed electronically.   Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.   All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.


        /s/ Matthew W. Shepherd
        Matthew W. Shepherd
        Assistant United States Attorney