## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**UNITED STATES OF AMERICA,**                         Case No. 3:15-CR-358

    Plaintiff,                                          JUDGE ZOUHARY

                                                         **SUPPLEMENTAL MEMORANDUM IN**
**-vs-**                                                 **SUPPORT OF MOTION FOR**
                                                         **RELEASE FROM CUSTODY**

**IBRAHIM MOHAMMAD ,**                               David Klucas (0041188)
                                                         1900 Monroe Street
    Defendant.                                     Toledo, Ohio 43624
                                                         PH: (419) 255-1102
                                                         FX: (419) 255-1415
                                                         Davek@buckeye.access.com
                                                         Attorney for Defendant Ibrahim Mohammad

Now comes Defendant Ibrahim Mohammad, through counsel, who submits the following

corrective supplement to his Motion for Release from custody and supporting memorandum

(Doc. 46):

In his Motion and Memorandum, counsel for Mr. Mohammad was inaccurate regarding a

particular set of dates.  The second full paragraph on page 5 of the Motion and Memorandum

should read as follows:

Because Mr. Mohammad lived in Texas when he was arrested, the initial probation

department assessment recommended detention because of a lack of contact with the district

where the charge was filed.  Obviously, this is incorrect.  Mr. Mohammad has significant community contact.  The family lived here for 10 years, just having left for Texas six months ago.  Mr. Mohammad worked here, his kids went to school here, the family was active in religious, school, and civic organizations.  They have family in the area and many, many friends. Since relocating to the Toledo area in December of 2015, Mr. Mohammad's wife and children are re-engaged in all of those activities that tie them once again to this community.

Counsel for Mr. Mohammad would not want the release or detention decision to hinge on his temporal inexactitude.

Respectfully Submitted,


/s/ David Klucas
David Klucas
Attorney for Defendant Ibrahim Mohammad


## Certification

This shall certify that a copy of the forgoing was sent to all counsels of record via the Court's ECF Notification System on this 18th day of February 2015.


/s/ David Klucas
David Klucas

2