IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:15CR358 |
| | ) | |
| Plaintiff, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| YAHYA FAROOQ MOHAMMAD, | ) | PROTECTIVE ORDER |
| IBRAHIM ZUBAIR MOHAMMAD, | ) | |
| ASIF AHMED SALIM, | ) | |
| SULTANE ROOME SALIM, | ) | |
| | ) | |
| Defendants. | ) | |

Upon unopposed motion of the government and for good cause shown, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the Court hereby issues this protective order applicable to the disclosure of discovery materials to the Defendants by the government. Counsel for all parties have signed below acknowledging their agreement with and understanding of the terms of this protective order:

1. Discovery materials provided by the government to counsel for the Defendants may only be disclosed to the Defendants, counsel for Defendants, members of defense counsels' firms, designated defense team members (including co-counsel, defense investigators, translators, litigation support personnel, secretarial staff, experts, consultants, or the defendant's immediate family if necessary to assist in the representation of Defendant),

or potential defense witnesses during the course of their investigation of this case. Such persons may view and examine the above-described documents, which are to remain in the sole custody of counsel for the Defendants or their designated agents at all times, except that defense counsel may temporarily provide for review to the Defendant discovery materials that do not contain any sensitive information (as defined at paragraph 3) or that contains only PII of the Defendant himself. If the Defendant is temporarily provided such materials for review, he shall not further disseminate or copy any such materials and shall return all such materials to Defense counsel after review. Any persons who view or examine discovery materials pursuant to this order shall be provided with a copy of this order and sign an acknowledgement of this order (attached as Appendix A to this Order). All discovery materials shall be stored in a secure place and manner such that only authorized persons have access to them and a copy of this protective order shall be maintained with the discovery materials;

2. At no time shall discovery materials be disclosed to any other person not authorized to receive disclosure under the terms of this Order;

3. All "sensitive information" shall be redacted from any pleading, or any pleadings that contain "sensitive information" shall be filed under seal until further order of the Court. "Sensitive information" includes any personal identifying information ("PII"), including, but not limited to, individuals' home addresses, dates of birth, social security numbers, and bank/credit card account numbers; information identifying a cooperating witness, including but not limited to the cooperating witness' name, home address, picture, or physical description; and any other materials identified in writing to the Defendants by the government as containing sensitive information;

4. Discovery materials may only be used to represent the individual clients in the above-captioned matter. They may not be provided to, shared with, or shown to anyone, for any other purpose without authorization of the Court for any purpose other than as set forth in paragraph 1;

5. Any objections by the Defendants regarding the applicability of this Order to discovery materials provided by the government and to the designation of specific discovery materials as sensitive that cannot be resolved through consultation of the parties shall be brought to the attention of the Court. No copying, distribution, dissemination, or action relative to such materials that is inconsistent with this Order shall be taken by either party until such objection is resolved by the Court;

6. At the conclusion of counsel's representation, or the conclusion of proceedings in this Court and on direct appeal, Counsel for the Defendants agree to return to the government any materials covered by this Order upon request of the government;

7. Leave of the Court to deviate from the conditions of the protective order must be requested in writing and filed under seal;

8. No party shall make, or participate in the making of, any extrajudicial disclosure of "sensitive discovery materials" for dissemination by means of public communications, unless such materials are (or become) public record, including but not limited to, trial transcripts, documents that have been received in evidence at other trials, or documents that are otherwise placed in the public domain.

9. If any Defendant obtains substitute counsel, defense counsel of record will not transfer any discovery materials to substitute counsel until substitute counsel has been provided with a copy of this Order and signed an acknowledgement of this Order; and

10. Notwithstanding any other provision of this or any other Protective Order that may be entered by the Court, the disclosure of discovery materials that may be submitted to the Court in connection with any FISA-related litigation, including but not limited to FISA applications, orders, or related materials, shall be governed by FISA;

11. Any papers filed by the government pursuant to the Classified Information Procedures Act containing classified information shall be filed under seal and ex parte with the Court through the Court Information Security Officer. The date and time of physical submission to the Court Information Security Officer shall be considered the date and time of filing.

12. This Order is entered without prejudice to either party's right to seek a revision of the Order by appropriate motion to the Court.

This Order will remain in effect until further order from the Court.

IT IS SO ORDERED.

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

DATE: 8-16-2016

## Acknowledgement

By signing below, I agree that I have read this document and agree to abide by its terms. By signing as Attorney for the Defendant, defense counsel also signs on behalf of all members of the defense team. By signing, Attorney for the Defendant avers that he or she accepts responsibility for ensuring that everyone on his or her defense team will abide by all terms of this Protective Order.

COUNSEL FOR THE UNITED STATES

*/s/ Matthew W. Shepherd/*

Matthew W. Shepherd
Assistant United States Attorney

8-15-2016

Date

COUNSEL FOR YAYHA FAROOQ MOHAMMAD

*/s/ Thomas A. Durkin/*

Thomas A. Durkin, Esq.
Attorney for Yahya Farooq Mohammad

8.9.16

Date

5

## Acknowledgement

By signing below, I agree that I have read this document and agree to abide by its terms. By signing as Attorney for the Defendant, defense counsel also signs on behalf of all members of the defense team. By signing, Attorney for the Defendant avers that he or she accepts responsibility for ensuring that everyone on his or her defense team will abide by all terms of this Protective Order.

COUNSEL FOR THE UNITED STATES

*/s/ Matthew W. Shepherd/*

Matthew W. Shepherd
Assistant United States Attorney

8-15-2016
Date

COUNSEL FOR IBRAHIM ZUBAIR MOHAMMAD

*/s/ David Lee Klucas/*

David Lee Klucas, Esq.
Attorney for Ibrahim Zubair Mohammad

8-10-16
Date

## Acknowledgement

By signing below, I agree that I have read this document and agree to abide by its terms. By signing as Attorney for the Defendant, defense counsel also signs on behalf of all members of the defense team. By signing, Attorney for the Defendant avers that he or she accepts responsibility for ensuring that everyone on his or her defense team will abide by all terms of this Protective Order.

COUNSEL FOR THE UNITED STATES

*(signature)*

Matthew W. Shepherd
Assistant United States Attorney

8-15-2016
Date

COUNSEL FOR ASIF AHMED SALIM

*(signature)*

Linda Moreno, Esq.
Attorney for Asif Ahmed Salim

8/10/16
Date

## Acknowledgement

By signing below, I agree that I have read this document and agree to abide by its terms. By signing as Attorney for the Defendant, defense counsel also signs on behalf of all members of the defense team. By signing, Attorney for the Defendant avers that he or she accepts responsibility for ensuring that everyone on his or her defense team will abide by all terms of this Protective Order.

COUNSEL FOR THE UNITED STATES

*[signature]*

Matthew W. Shepherd
Assistant United States Attorney

8-15-2016
Date

COUNSEL FOR SULTANE ROOME SALIM

*[signature]*

Cherrefe A. Kadri, Esq.
Attorney for Sultane Roome Salim

8-10-16
Date

# APPENDIX A

Acknowledgement

By signing below, I agree that I have read the attached protective order and agree to abide by its terms.

SIGNATURE                                    DATE

_____                  _____

_____                  _____

_____                  _____

_____                  _____

_____                  _____

_____                  _____

_____                  _____

_____                  _____