# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YAHYA FAROOQ MOHAMMAD et al.,

    Defendants.

Case No. 3:15-cr-358
CHIEF JUDGE EDMUND A. SARGUS, JR.

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YAHYA FAROOQ MOHAMMAD,

    Defendant.

Case No. 3:16-cr-222
CHIEF JUDGE EDMUND A. SARGUS, JR.

## ORDER

The Court hereby orders that defense counsel undergo screening necessary for the issuance of a security clearance and access to classified national security information. Counsel shall provide the names and contact information of individuals who will submit the requisite forms to Harry J. Rucker, the Court-appointed Classified Information Security Officer (CISO). Only counsel of record, and Mr. Durkin's associate, Robin V. Waters, will be permitted to undergo these proceedings. Upon favorable adjudication of the required screening, the Court shall, in consultation with both parties, determine whether counsel possesses a "need to know" classified information and will therefore be granted access. Upon an affirmative finding, the

parties shall file a proposed order pursuant to Section 3 of the Classified Information Procedures Act. Should this Court sign such an order, the CISO shall provide a security instructional briefing to approved counsel. At that time, counsel shall sign all necessary nondisclosure agreements and execute the memorandum of understanding required by the Section 3 protective order.

**IT IS SO ORDERED.**

8-16-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE