IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   Case No. 3:15cr358

    Plaintiff(s)

-v-   ORDER

Ibrahim Mohammad, et al.,

    Defendant(s)

On February 27, 2017, I held a pretrial conference with counsel for the parties. Pursuant to discussions held during that conference, it is hereby ordered:

1. A Pretrial/Omnibus Hearing scheduled for March 16, 2018 at 9:00 a.m. Defendant Mohammad's motion to issue subpoena denied as moot (Doc 317).

2. Exhibit and witness lists to be filed by March 21, 2018. Defendant Mohammad's motion to disclose government witnesses' overruled as moot (Doc. 296).

3. The meet/greet and questionnaire completion with the jury is scheduled for March 23, 2018. Sessions will be at 9:00 a.m., 10:30 a.m., 1:30 p.m. and 3:00 p.m.

4. Parties to file a joint proposed summary of the case by March 16, 2018.

5. Deadline for filing joint proposed jury instructions is March 20, 2018.

6. Motion in limine deadline is April 2, 2018; response due April 9, 2018.

7. Voir dire confirmed to commence April 16, 2018 at 9:00 a.m.

    s/ Jeffrey J. Helmick
    United States District Judge