IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                  Case No. 3:15cr358

        Plaintiff

-v-                                                        ORDER

Ibrahim Mohammad,

        Defendant

On January 18, 2019, the government orally moved to dismiss Counts 1-4 of the Indictment. There being no objection, it is hereby ordered that the Government's motion to dismiss is granted. Counts 1- 4 of the Indictment are dismissed as to Ibrahim Mohammad.

                                                              s/ Jeffrey J. Helmick
                                                              United States District Judge